| | |
|---|---|
| 1 | SCOTT N. SCHOOLS, SC SBN 9990 <br> United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143 <br> Assistant United States Attorney |
| 3 | Chief, Civil Division <br> ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055 <br> San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124 <br> FAX: (415) 436-7169 |
| 7 | |
| 8 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 6/6/07*

| | | |
|---|---|---|
| HAJI AHMED, <br> aka HAJI HANIF, | ) ) ) | |
| Plaintiff, | ) ) | No. C 07-1363 RMW |
| v. | ) ) | |
| | ) ) | **STIPULATION TO DISMISS; AND [] ORDER** |
| ALBERTO R. GONZALES, Attorney General of the United States; <br> MICHAEL CHERTOFF, Secretary, Department of Homeland Security; <br> DAVID N. STILL, Director, San Francisco Office, U.S. Citizenship and Immigration Services; <br> EMILIO GONZALEZ, Director, U.S. Citizenship and Immigration Services; <br> ROBERT S. MUELLER, III, Director, Federal Bureau of Investigation, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to do so within 30 days of the dismissal of this action.

Stipulation to Dismiss
C 07-1363 RMW

1 | Each of the parties shall bear their own costs and fees.

2 | Date: May 10, 2007                                    Respectfully submitted,

3 |                                                       SCOTT N. SCHOOLS
                                                          United States Attorney

4 |

5 |

6 |                                                       _____/s/_____
                                                          ILA C. DEISS
                                                          Assistant United States Attorney
7 |                                                       Attorneys for Defendants

8 |

9 |

10 | Date: April 30, 2007                                 _____/s/_____
                                                          GABRIEL D. JACK
                                                          Attorney for Plaintiff

11 |

12 |

13 |

14 |                                **ORDER**

   | Pursuant to stipulation, IT IS SO ORDERED.
15 |

16 |

17 | Date:  6/6/07                                        *Ronald M. Whyte*
                                                          RONALD M. WHYTE
18 |                                                      United States District Judge

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

Stipulation to Dismiss
C 07-1363 RMW                                  2